# Court of Appeals
# of the State of Georgia

ATLANTA,　　May 08, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0263.  HARPER v. EVERBANK.**

This appeal was docketed in this Court on September 27, 2013.  Appellant Rose Marie Harper's brief was due in this case on October 17, 2013.  See Court of Appeals Rule 23.  Appellant Harper failed to file her brief by that date and, on October 23, 2013, this Court entered an order requiring her to file her brief within ten (10) days or face possible dismissal of the appeal; the tenth day was November 2, 2013.

Appellant Harper failed to file her brief within ten days of the order date.  We note that when Appellant Harper did file an untimely brief (on November 13, 2013), it contained no enumeration of errors, no references to the record, no citations to legal authority, no jurisdictional statement, and no statement of the standard of review.  Appellant Harper's pro se status "does not relieve [her] of the obligation to comply with the substantive and procedural requirements of the law, including the rules of this [C]ourt." *Brown v. Mowr Enterprises, LLC*, 322 Ga. App. 93 (72 SE2d 173) (2013) (citation and footnote omitted).  See Court of Appeals Rules 23 (a), 25 (a), (7).

The appeal is hereby DISMISSED.  See *Riley v. Ga. Dept. of Revenue*, 295 Ga. App. 656 (673 SE2d 49) (2009).



Court of Appeals of the State of Georgia
　　Clerk's Office, Atlanta, 05/08/2014
　　*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
　　*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____ , Clerk.